**Fred ROTH, Plaintiff/Respondent,**

v.

**Marvin COHEN, Defendant/Appellant.**

No. 67168.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 19, 1995.

Daniel J. Cohen, St. Louis, Jonathan Isbell, Edwardsville, Illinois, for Appellant.

Michael Nathanson, St. Louis, for Respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

Appellant appeals a jury trial judgment in favor of respondent. Appellant claims the trial judge erred in the admission of evidence relating to the collateral source rule.

We have read the briefs, heard oral arguments, reviewed the legal file and the transcript. We find no error of law and no jurisprudential purpose would be served by an extended written opinion. Judgment affirmed in accordance with Rule 84.16(b).

---

**Jill Marie MAGLASANG, Appellant,**

v.

**Edward G. MAGLASANG, Respondent.**

No. 67348.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 19, 1995.

Michael C. Todt, St. Louis, for appellant.

Michael Allen Campbell, St. Louis, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Jill Marie Maglasang appeals her decree of dissolution of marriage from Edward G. Maglasang. Wife challenges the trial court's denial of work-related day care expenses and maintenance, the imputation of income, and the division of marital property. We affirm. Respondent's motion for attorney's fees is denied.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).